IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Shellie M. DiBello,                     :
                                        :
                    Petitioner          :
                                        :
            v.                          : No. 1071 C.D. 2017
                                        :
Unemployment Compensation               :
Board of Review,                        :
                                        :
                    Respondent          :


**PER CURIAM**

# **O R D E R**


   **NOW,** this 17th day of December, 2018, it is ordered that the above-captioned Memorandum Opinion, filed September 5, 2018, shall be designated OPINION and shall be REPORTED.